**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN LASSETTER, | ) |
| Petitioner, | ) 2:07-cv-1728-KJD-PAL |
| vs. | ) **ORDER** |
| BRIAN WILLIAMS, *et al.,* | ) |
| Respondents. | ) |

Petitioner has filed a motion for transcripts at government expense (docket #28). The Ninth Circuit Court of Appeals denied petitioner's motion for certificate of appealability on April 2, 2010. Petitioner has not taken any further action and it does not appear that petitioner intends to proceed further. As a result, this motion shall be denied as moot.

**IT IS THEREFORE ORDERED** that the motion for transcripts at government expense is **DENIED** as moot.

DATED: July 19, 2010.

_____
UNITED STATES DISTRICT JUDGE